No. 834.  GRAYSON *v.* UNITED STATES, 396 U. S. 1059, 397 U. S. 1003.  Motion for leave to file second petition for rehearing denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 156, Misc., October Term, 1968.  ELLENBOGEN *v.* UNITED STATES, 393 U. S. 918.  Petition for rehearing denied.  MR. JUSTICE DOUGLAS is of the opinion that the petition should be granted.  THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 476.  SEARS, ROEBUCK & Co. *v.* CARPET, LINOLEUM, SOFT TILE, & RESILIENT FLOOR COVERING LAYERS, LOCAL UNION No. 419, AFL–CIO, ET AL., 397 U. S. 655.  Motion for leave to supplement petition for rehearing granted.  Motion to defer consideration of petition for rehearing and petition for rehearing denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions and petition.

No. 1374.  BEATTY *v.* ELLINGS ET AL., 398 U. S. 904;

No. 1935, Misc.  GOFF *v.* PFAU, TRUSTEE IN BANKRUPTCY, 398 U. S. 931; and

No. 2033, Misc.  PENNEY ET AL. *v.* UNITED STATES, 398 U. S. 932.  Petitions for rehearing denied.  Mr. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.